STATE OF NEW JERSEY IN THE
INTEREST OF WILLIAM ALLEN.

*Mr. William Allen in propria persona.*

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHN W. MURRAY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. GEORGE AWKWARD, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

March 11, 1969. Denied.